[No. 30073-3-I.   Division One.   January 25, 1993.]

ERROLL GARNETT, *Appellant*, v. JOSE A. RODRIQUEZ,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-12738-7, Nancy A. Holman, J., entered January 22, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 28374-0-I.   Division One.   January 25, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JIMMIE
DALE FROST, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06002-7, Bobbe J. Bridge, J., entered May
8, 1991. *Reversed* by unpublished per curiam opinion.

[Nos. 27783-9-I; 28556-4-I.   Division One.   January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD
T. HAWTHORNE, *Appellant*.

*In the Matter of the Personal Restraint of*
CLIFFORD T. HAWTHORNE, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 90-1-00465-4, Byron L. Swedberg, J., entered
January 10, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Coleman, J.